CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:    (559) 779-2315
Facsimile:    (559) 442-1567

Attorney for Defendant
Eddie Vasquez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| UNITED STATES OF AMERICA, | Court Case#: 1:24CR00260-001 |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Eddie Vasquez | |
| Defendant. | |

On , Defendant Eddie Vasquez was indicted on violation of supervised release.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Eddie Vasquez on 03/09/2026 on the said charges. Mr.. Vasquez was sentenced following his guilty plea on 6/8/2026. Mr. Vasquez indicated to the undersigned counsel that he does not wish to file an appeal of the imposed sentence. Mr. Vasquez was not in custody at sentencing. The trial phase of Mr.Vasquez's criminal case has, therefore, come to an end. Having completed his representation of Mr.. Vasquez, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr.. Vasquez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: June 29, 2026                  CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Eddie Vasquez

### ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Eddie Vasquez's status and contact information.

Eddie Vasquez
915 Inyo Street
Fresno, CA 93706

IT IS SO ORDERED.

Dated:    June 29, 2026                                
UNITED STATES DISTRICT JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567